JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 703 -- IN RE CHLORINE AND CAUSTIC SODA ANTITRUST LITIGATION

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 86/08/01 | 1 | MOTION,-- BRIEF, SCHEDULE, EXHIBITS A-H & CERT. OF SVC. -- Defendants Occidental Chemical Corp., -- SUGGESTED TRANSFEREE DISTRICT; Eastern District of Pennsylvania -- SUGGESTED TRANSFEREE JUDGE?   (tmq) |
| 86/08/11 | 2 | RESPONSE -- Imperial Chemical Industries PLC; C-I-L Corporation of America, Inc. and PPG Industries, Inc. -- w/cert. of service  (cds) |
| 86/08/11 | | APPEARANCES:  BRUCE KAUFFMAN, ESQ. for Occidental Chemical Corp.; DAVID ARMSTRONG, ESQ. for PPG Industries, Inc.; ELLIOT KAPLAN, ESQ. for Kaiser Aluminum & Chemical Corp.; JAMES HALVERSON, ESQ. for Dow Chemical Co.; JAMES RANKIN, ESQ. for FMC Corp.; BARTLETT McGUIRE, ESQ. for Imperial Chemical Ind. PLC and CIL Corp. of America; ROBERT HEIM, ESQ. for Pennwalt Corp.; BARBARA MATHER, ESQ. for Diamond Shamrock; JOHN COCHRANE, ESQ. FOR City of St. Paul; and DANIEL SHULMAN, ESQ. for Horizons Intern'l, et al. (cds) |
| 86/08/15 | 3 | RESPONSE (to pldg. 1) -- Defendant Horizons International, Inc. and Kenchem, Inc. -- w/cert. of svc. (tmq) |
| 86/08/18 | | HEARING ORDER -- Setting motion of Occidental Chemical Corp. for transfer of A-1 & A-2 -- On September 25, 1986 in Pittsburgh, Pa.  (paa) |
| 86/08/19 | 4 | RESPONSE TO THE MOTION (to pldg. #1) -- From The City of St. Paul -- w/cert. of svc. (tmq) |
| 86/08/25 | 5 | RESPONSE -- Defendant Occidental Chemical Corp., (to pldg. #1) -- w/exhibit A-B and w/cert. of svc. (tmq) |
| 86/09/17 | 6 | MEMORANDUM OF INTERESTED PARTY -- City of Philadelphia re: City of Philadelphia v. B.F. Goodrich Co., et al., E.D. Pennsylvania, C.A. No. 86-5428 -- w/cert. of svc. (tmq) |
| 86/09/25 | | HEARING APPEARANCES:  BRUCE W. KAUFFMAN, ESQ. for Occidental Chemical Corp.;  PATRICIA A. KELLY, ESQ. for Horizons Inter- national, Inc. and Kenchem, Inc.;  JOHN A. COCHRANE, ESQ. for City of Saint Paul; DAVID J. ARMSTRONG, ESQ. for PPG In- dustries, Inc.  (cds) |
| 86/09/25 | | WAIVERS OF ORAL ARGUMENT:  Dow Chemical Co.; Diamond Shamrock Chem. Co.; Stauffer Chemical Co.; FMC Corp.; C-I-L Corp. of America and Imperial Chem. Industries; and Pennwalt Corp.(cds) |

Case MDL No. 703   Document 1   Filed 06/11/15   Page 2 of 6

703      IN RE CHLORINE AND CAUSTIC SODA ANTITRUST LITIGATION

86/10/03      ORDER DENYING TRANSFER FILED TODAY -- (A-1 & A-2) pursuant to
28 U.S.C. §1407 -- NOTIFIED involved clerks, Judges, counsel
& Misc. recipients.  (paa)

JPML Form 1

Revised: 8/78

DOCKET NO. __703__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: _____ IN RE CHLORINE AND CAUSTIC SODA ANTITRUST LITIGATION _____

| SUMMARY OF LITIGATION | | | | | |
|---|---|---|---|---|---|
| Hearing Dates September 25, 1986 | Orders | | | Transferee | | |
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | October 3, 1986 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED: _10/3/86_

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. __703__ -- IN RE CHLORINE AND CAUSTIC SODA ANTITRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | City of St. Paul, etc. v. FMC Corp., et al. | Minn. Magnuson | 3-86-557 | | | | |
| A-2 | Horizons International, Inc., et al. v. FMC Corp., et al. | Pa.,E. Bechtle | 86-0885 | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _703_ -- _In re Chlorine and Caustic Soda Antitrust Litigation_

---

CITY OF ST. PAUL, ETC. (A-1)
John A. Cochrane, Esq.
24 East 4th Street
St. Paul, MN 55101-1099

HORIZONS INTERNATIONAL, INC., ET AL.
(A-2)
Daniel R. Shulman, Esq.
Gray, Plant, Mooty, Mooty & Bennett
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402

IMPERIAL CHEMICAL INDUSTRIES PLC
C-I-L CORPORATION OF AMERICA
Bartlett H. McGuire, Esq.
Davis Polk & Wardwell
1 Chase Manhattan Plaza
New York, NY 10005

FMC CORPORATION
James W. Rankin, Esq.
Kirkland & Ellis
200 East Randolph Drive
Suite 5800
Chicago, IL 60601

THE DOW CHEMICAL COMPANY
James T. Halverson, Esq.
Shearman & Sterling
53 Wall Street
New York, NY 10005

KAISER ALUMINUM & CHEMICAL COMPANY
Elliot S. Kaplan, Esq.
Robins, Zelle, Larson & Kaplan
1800 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3394

PPG INDUSTRIES, INC.
David J. Armstrong, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222

OCCIDENTAL CHEMICAL CORPORATION
Bruce W. Kauffman, Esq.
Dilworth, Paxson, Kalish & Kauffman
2600 The Fidelity Building
Philadelphia, PA 19109

STAUFFER CHEMICAL COMPANY
(NO APPEARANCE RECEIVED)
John H. Schafer, Esq.
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Post Office Box 7566
Washington, DC 20044

DIAMOND SHAMROCK CHEMICAL COMPANY
Barbara W. Mather, Esq.
Pepper, Hamilton & Scheetz
2001 The Fidelity Building
Philadelphia, PA 19109

PENNWALT CORPORATION
Robert C. Heim, Esq.
Dechert Price & Rhoads
3400 Centre Square West
1500 Market Street
Philadelphia, PA 19102

JPML FORM 3

P. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __703__ -- __IN RE CHLORINE AND CAUSTIC SODA ANTITRUST LITIGATION__

| Name of Party | Named as Party in Following Actions |
|---|---|
| FMC CORPORATION, KAISER ALUMINUM & CHEMICAL CORP. | A-1, A-2, |
| STAUFFER CHEMICAL CO. | A-2, A-1, |
| THE DOW CHEMICAL COMPANY | A-1, A-2, |
| PPG INDUSTRIES, INC. | A-1, A-2, |
| DIAMOND SHAMROCK CHEMICAL COMPANY | A-1, A-2, |
| PENNWALT CORPORATION | A-1, A-2, |
| IMPERIAL CHEMICAL INDUSTRIES PLC | A-1, A-2, |
| PLC and C.I.L. CORPORATION OF AMERICA | A-1, A-2, |
| Occidental Chemical Corp | A-2 |
| | |
| | |