JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT -3 1986

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 703

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CHLORINE AND CAUSTIC SODA ANTITRUST LITIGATION

ORDER DENYING TRANSFER*

    This litigation presently consists of two actions pending in two federal districts: one action each in the District of Minnesota and the Eastern District of Pennsylvania.[1]/ Before the Panel is a motion by Occidental Chemical Corporation (Occidental), a defendant in each action, to transfer the Minnesota action, pursuant to 28 U.S.C. §1407, to the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings with the action pending there. Plaintiffs in the Pennsylvania action and plaintiff in the Minnesota action oppose transfer.[2]/

    On the basis of the papers filed and the hearing held, the Panel finds that centralization would not necessarily serve the convenience of the parties and witnesses or further the just and efficient conduct of this litigation. We recognize that these actions may share some questions of fact, but we note that plaintiffs in the two actions included in Occidental's Section 1407 motion oppose transfer. Additionally, we note that in the Pennsylvania action, which has been pending for less than eight months, plaintiffs' claims against nine of the ten original defendants have already been settled and dismissed. In light of these factors, we are not persuaded that Section 1407 transfer is warranted. We also point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative

---

\*   Judge Andrew A. Caffrey recused himself and took no part in the decision of this matter. In addition, Judge Sam C. Pointer, Jr. took no part in the decison of this matter.

[1]/   An additional related action -- City of Philadelphia v. The B.F. Goodrich Company, et al., E.D. Pennsylvania, C.A. No. 86-5428 -- was recently commenced in this docket.

[2]/   Plaintiff in the recently commenced Pennsylvania action has filed an interested party response in support of centralization of all actions in this docket in the Eastern District of Pennsylvania.

discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F. Supp. 242, 244 (J.P.M.L. 1978). See also Manual for Complex Litigation, Second, §31.13 (1985).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 of the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:**

Robert H. Schnacke
Acting Chairman

** Judges Fred Daugherty and Louis H. Pollak dissent from this decision of the Panel.

SCHEDULE A

MDL-703 -- In re Chlorine and Caustic Soda Antitrust Litigation

District of Minnesota

City of St. Paul, etc. v. FMC Corp., et al., C.A. No. 3-86-557

Eastern District of Pennsylvania

Horizons International, Inc., et al. v. FMC Corp., et al., C.A. No. 86-0885